SARASOHN, Respondent, v. WORKINGMAN'S PUB. ASS'N et al., Appellants. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Coryel H. Sarasohn against the Workingman's Publishing Association and others. From a judgment sustaining a demurrer to the third paragraph of defendant's answer they appeal. Affirmed. The following is the opinion of the trial court (BEEKMAN, J.): "The libel in this case is disgusting and offensive in the extreme, and the rule which requires the justification to be as broad as the charge should be unhesitatingly applied to the matter set up by way of justification in the defense demurred to. I am of the opinion that the defense is insufficient upon its face, and that the demurrer thereto should be sustained. Demurrer sustained, with costs,

# 1144

with the usual leave to defendant to amend on payment of costs." L. A. Malkiel, for appellants. A. H. Sarasohn, for respondent.

PER CURIAM. Judgment affirmed, with costs, on the opinion of the court below, with leave to defendant to withdraw demurrer, and answer over, on payment of costs in this court and in the court below. See 61 N. Y. Supp. 1147; 60 N. Y. Supp. 640.